**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 16-01580 |
| | ) | |
| JOHN D. YOUNG | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| TEMPERATURE EQUIPMENT CORPORATION | ) ) ) | The Honorable Jack Schmetterer |
| | ) | |
| Plaintiff, | ) | Adversary Number 16-00537 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN D. YOUNG | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF AGREED MOTION

To:  John D. Young
     by and through his attorneys
     Paul M. Bach, Esq.
     Bach Law Offices
     P.O. Box 1285
     Northbrook, Illinois 60065

    Please take notice that on September 4, 2018 at 10:00 a.m., my designee or I will appear before the Honorable Jack B. Schmetterer or any judge sitting in his stead, in the Courtroom usually occupied by him in Courtroom 682, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present the Agreed Motion for Entry of Order Approving Agreed Final Judgment, a copy of which is attached.

1

Respectfully submitted,
KOHNER, MANN & KAILAS, S.C.
Attorneys for Temperature Equipment Corporation


By: _/s/__Eric R. von Helms
    Eric R. von Helms
    Illinois ARDC # 6273329

2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 16-01580 |
| | ) | |
| JOHN D. YOUNG | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| TEMPERATURE EQUIPMENT CORPORATION | ) | The Honorable Jack Schmetterer |
| | ) | |
| Plaintiff, | ) | Adversary Number 16-00537 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN D. YOUNG | ) | |
| | ) | |
| Defendant | ) | |

**AGREED MOTION FOR ENTRY OF ORDER APPROVING**
**AGREED FINAL JUDGMENT**

Plaintiff, Temperature Equipment Corporation ("Plaintiff"), by its attorneys Kohner, Mann & Kailas, S.C., and Defendant John D. Young ("Defendant"), by his attorneys Bach Law Offices, stipulate and agree to jointly move the Court, to enter an Order approving an agreed final judgment in this adversary proceeding, for the causes of action in Plaintiff's Adversary Complaint (the "Complaint") related to Sections 523(a)(2)(A) and 523(a)(4) of the United States Bankruptcy Code (the "Code") and dismissing the cause of action in the Complaint related to Section 1141(d) of the Code. In support of this agreed motion, Plaintiff and Defendant respectfully show the following:

3

1.   On August 23, 2016, Plaintiff filed its Complaint against Defendant commencing this adversary proceeding.

2.   On December 8, 2016, Defendant submitted an answer to the Compliant which was subsequently amended on February 16, 2017.

3.   Plaintiff and Defendant have entered into a Settlement Agreement regarding the causes of action raised by Plaintiff in the Complaint.

4.   Plaintiff and Defendant agree to entry of an order for final judgment that the Plaintiff's claims against Defendant are nondischargeable, pursuant to Section 523(a)(2)(A) and Section 523(a)(4) of the Code, as stated by Plaintiff in the second and third causes of action in the Complaint

5.   Plaintiff and Defendant further agree to dismissal of the first cause of action in the Complaint related to denial of Debtor's discharge, pursuant to Section 1141(d) of the Code, subject to notice, with an opportunity to object, being provided to creditors and other interested parties of such dismissal.

6.   Based on the Settlement Agreement between the Plaintiff and Defendant, the trial for the adversary proceeding, scheduled to begin on September 4, 2018, may be canceled by the Court.

ACCORDINGLY, Plaintiff and Defendant, by and through their undersigned counsel, respectfully request this Honorable Court to grant this Motion and enter the proposed order approving agreed final judgment on the counts of the Complaint related to Section 523 of the Code, in favor of Plaintiff and against Defendant, and dismissing the counts of the Complaint related to Section 1141 of the Code.

Dated: August 27, 2018

| | |
|---|---|
| /s/ Eric R. von Helms | /s/ Paul M. Bach |
| KOHNER, MANN & KAILAS, S.C. | BACH LAW OFFICES |
| *Attorneys for Plaintiff* | *Attorneys for Defendant John D. Young* |
| *Temperature Equipment Corporation* | Paul M. Bach |
| Eric R. von Helms | P.O. Box 1285 |
| 4650 North Port Washington Road | Northbrook, Illinois 60065 |
| Milwaukee, Wisconsin 53212-1059 | Telephone 847-564-0808 |
| Telephone: 414-962-5110 | Facsimile: 847-564-0985 |
| Facsimile: 414-962-8725 | paul@bachoffices.com |
| e-mail:evonhelms@kmksc.com | |

**CERTIFICATE OF SERVICE**

I, Eric R. von Helms, an attorney for Plaintiff, certify that I caused copies of the foregoing Agreed Motion for Entry of Order Approving Agreed Final Judgment, filed via the Court's CM/ECF system and served on the persons listed below in the manner indicated, on August 27, 2018 and sent via first class U.S. Mail, postage prepaid, to the following address:

John D. Young
17419 South 84th Avenue
Tinley Park, Illinois 60477

By: /s/ Eric R. von Helms
      Eric R. von Helms

KOHNER, MANN & KAILAS, S.C.
Attorneys for Temperature Equipment Corporation
Eric R. von Helms
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1059
Telephone: 414-962-5110
Facsimile: 414-962-8725
e-mail: evonhelms@kmksc.com
Illinois ARDC #6273329

5