Case 16-00537 Doc 72-1 Filed 08/27/18 Entered 08/27/18 17:21:46 Desc Proposed Order Approving Agreed Final Judgment Page 1 of 2

Form G-020570308_apo

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | ) BK No.: 16-1580 |
| | ) |
| JOHN D. YOUNG | ) Chapter: 7 |
| | ) |
| | ) Honorable Jack B. Schmetterer |
| | ) |
| Debtor(s) | ) |
| | ) Adv. No.: 16-00537 |
| TEMPERATURE EQUIPMENT CORPORATION | ) |
| Plaintiff(s) | ) |
| | ) |
| JOHN D. YOUNG | ) |
| | ) |
| Defendant(s) | ) |

**ORDER APPROVING AGREED FINAL JUDGMENT ON COUNTS OF COMPLAINT RELATED TO SECTION 523 OF BANKRUPTCY CODE IN FAVOR OF PLAINTIFF TEMPERATURE EQUIPMENT CORPORATION AND AGAINST DEFENDANT JOHN D. YOUNG AND DISMISSAL OF COUNTS OF COMPLAINT RELATED TO SECTION 1141 OF BANKRUPTCY CODE**

THIS CAUSE came before the Court on the Complaint that the Plaintiff, Temperature Equipment Corporation (the "Plaintiff"), filed in this matter against the Defendant, John D. Young (the "Defendant"). The Court, having noted that the parties agree to the relief provided herein, finds that it is appropriate to enter judgment in favor of the Plaintiff and against the Defendant for Plaintiff's causes of action in the Complaint related to Section 523 of the United States Bankruptcy Code (the "Code") in this case and for dismissal of Plaintiff's causes of action in the Complaint related to Section 1141 of the Code, upon notice to interested parties in Defendant's bankruptcy proceedings. The Court, therefore ORDERS and ADJUDGES as follows:

1. The allegations of the Complaint contained in Paragraphs 1 through 39 and 47 through 59 are deemed admitted.
2. The allegations of the Complaint contained in Paragraphs 40 through 46 are dismissed.
3. Final judgment in this case is entered in favor of the Plaintiff, Temperature Equipment Corporation and against the Defendant, John D. Young, pursuant to the Second and Third Causes of Action in the Complaint in that the Plaintiff's claims against the Defendant are nondischargeable pursuant to Section 523(a)(2)(A) of the Code and Section 523(a)(4) of the Code.
4. The debt totaling $601,215.09, as stated in the Judgment entered on May 21, 2013 by the Circuit Court for Cook County, Illinois, Chancery Division, in favor of Plaintiff and against Defendant, plus post-judgment interest at the current allowable rate, is declared nondischargeable pursuant to Section 523(a)(2)(A) and Section 523(a)(4) of the Code.
5. Execution on this Agreed Final Judgment is stayed, provided that the Defendant pays Plaintiff pursuant to the terms of the Settlement Agreement, dated August 23, 2018, made between Plaintiff and Defendant (the "Settlement Agreement"). A true and correct copy of the Settlement Agreement is attached to this Agreed Final Judgment as Exhibit A. In the event of default, Plaintiff shall file an affidavit attesting to the default, at which time, Plaintiff shall have any and all rights to seek collection

and execution upon its judgment in the full amount hereof, to wit: $601,215.09, plus post-judgment interest at the current allowable rate and attorneys' fees and costs, less any payments made prior to the time of default.

6. Notice, with an opportunity to object, shall be provided to creditors and other interested parties of the dismissal of the First Cause of Action in the Complaint related to denial of Debtor's discharge pursuant to Section 1141(d) of the Code.

Enter:

Honorable Jack B. Schmetterer
Dated:                                              United States Bankruptcy Judge

**Prepared by:**
Eric R. von Helms
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, WI 53212
(414) 962-5110